Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
LINDA TRUJILLO

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| LINDA TRUJILLO, ) | **Case No.:** 2:13-cv-02634-GAF-PJW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| GENPACT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, LINDA TRUJILLO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: July 12, 2013                                    KROHN & MOSS, LTD.


                                                                 By:/s/ Ryan Lee, Esq.
                                                                 Ryan Lee, Esq.
                                                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:  /s/ Ryan Lee, Esq.

Ryan Lee, Esq